The Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SUSANA TANTICO,<br><br>Defendant. | NO. CR23-082-JLR<br><br>**ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture ("Motion") seeking to forfeit, to the United States, Defendant Susana Tantico's interest in the following property:

- A judgment for a sum of money (also known as a forfeiture money judgment) in the amount of $3,189,752.67, representing the proceeds Defendant Tantico obtained as a result of her *Wire Fraud* scheme, in violation of 18 U.S.C. § 1343. This sum is separate and distinct from restitution ordered in this case. The United States agrees, however, it will request the Attorney General apply any amounts collected, toward satisfaction of this forfeited sum, to restitution. Additionally, the United States agrees that any amount Defendant pays toward restitution will be credited against this forfeited sum.

Order of Foritture - 1
*United States v. Susana Tantico,* CR23-082-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS entry of an Order of Forfeiture is appropriate because:

- The proceeds of *Wire Fraud*, in violation of 18 U.S.C. § 1343, are forfeitable pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c);
- In her Plea Agreement, Defendant agreed to forfeit her interest in the above-identified judgment for a sum of money pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), as it represents the proceeds she obtained as a result of the *Wire Fraud* scheme to which she entered a guilty plea (Dkt. No. 9, ¶ 14); and,
- This $3,189,752.67 judgment for a sum of money is personal to Defendant Tantico; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 981(a)(1)(C), by way of 28 U.S.C. § 2461(c), and Defendant Tantico's Plea Agreement, Defendant's interest in the above-identified $3,189,752.67 sum of money is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant Tantico at the time she is sentenced; it will be made part of the sentence; and, it will be included in the judgment;

3. No right, title, or interest in the identified sum of money in the amount of $3,189,752.67 exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $3,189,752.67; and,

Order of Forfeiture - 2
*United States v. Susana Tantico,* CR23-082-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

5. The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this 11th day of August, 2023.

_____
THE HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

*s/ Jehiel I. Baer*
JEHIEL I. BAER
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2242
Fax: (206) 553-6934
Jehiel.Baer@usdoj.gov

Order of Forfeiture - 3
*United States v. Susana Tantico,* CR23-082-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970